**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DANIEL HURLBUT                                                                    PLAINTIFF

V.                                        5:19CV00070-KGB-JTK

STRAUGHN, et al.                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.   If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.   An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.   The copy will be furnished to the opposing party.     Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.        Why the record made before the Magistrate Judge is inadequate.

2.        Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.        The detail of any testimony desired to be introduced at the hearing before the

1

District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Hurlbut filed this pro se 42 U.S.C. § 1983 action on February 15, 2019, while incarcerated at the Cummins Unit of the Arkansas Division of Correction (ADC). (Doc. No. 2), and notified the Court of his release from the ADC on August 8, 2019. (Doc. No. 103) On October 7, 2019, Defendants filed a Suggestion of Plaintiff's death (Doc. No. 116), and on October 7, 2019, this Court ordered that the action would be dismissed if a motion for substitution was not made by Plaintiff's successor within ninety days. (Doc. No. 117)

According to Rule 25(a) of the Federal Rules of Civil Procedure, following a party's death, a motion to substitute the proper party must be made within ninety days after the service of a statement noting the party's death, and the failure to file such will result in the dismissal of the action. See FED. R. CIV. P. 25(a).   Ninety days have elapsed since the Court's October 7, 2019 Order and no one has filed a Motion to Substitute in this action. Therefore, this action should be dismissed with prejudice.

## II.    Conclusion

IT IS, THEREFORE, RECOMMENDED that Plaintiff's action against Defendants be

DISMISSED with prejudice.

IT IS SO RECOMMENDED this 7th day of January, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE